MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorneys for Defendant
NATALI MEDINA CISNEROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STANLEY JAMES PRYOR, JR., et. al.

Defendants.

CR. No. 06-0316-MHP

**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Defendant Natali Medina Cisneros, by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant United States Attorney Barbara Silano hereby stipulate and agree to modify the conditions of his $500,000.00 secured appearance bond as follows:

Instead of residing at 11570 Highway 9 in Brookdale, CA, Mr. Cisneros shall live with Jennifer Gilbert-Soto, his surety, at 500 Olive Hill Lane, Woodside, CA 94062.

1 | Mr. Cisneros has reported to Pretrial Services as directed without any problems. His drug
2 | tests have been negative. Laura Weigel, his supervising Pretrial Service Officer, has no
3 | objection to this proposed modification of the bond.

Date: October 4, 2006 /S/ Randy Sue Pollock
Randy Sue Pollock
Michael Stepanian
Counsel for Defendant
Natali Medina Cisneros

Date: October 4, 2006 /S/ Barbara Silano
Barbara Silano
Assistant United States Attorney

SO ORDERED:

Dated: 10/5/2006

_____
Court Judge

IT IS SO ORDERED
Judge Marilyn H. Patel