1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:   (415) 474-3748
4
   RANDY SUE POLLOCK
5  Attorney at Law (CSBN 64493)
   2831 Telegraph Avenue
6  Oakland, CA 94609
   Telephone: (510) 763-9967
7  Facsimile:   (510) 272-0711

8  Attorneys for Defendant
   NATALI MEDINA CISNEROS
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 06-0316-MHP |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT OUT-OF-DISTRICT TRAVEL** |
| STANLEY JAMES PRYOR, JR., et. al. | |
| Defendants. | |

Defendant Natali Medina Cisneros, by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant United States Attorney Stephen Jigger hereby stipulate and agree to modify the conditions of his $500,000.00 secured appearance bond as follows:

To permit travel to Lake Tahoe (the Eastern District of California) from January 2- January 6, 2007, with his girlfriend and her family.

| | |
|---|---|
| 1 | Mr. Cisneros has reported to Pretrial Services as directed without any problems. |
| 2 | Anthony Granado, his supervising Pretrial Service Officer, has no objection to this proposed |
| 3 | modification of the bond. |

Date:   December 27, 2006          /s/ Randy Sue Pollock
                                   Randy Sue Pollock
                                   Michael Stepanian
                                   Counsel for Defendant
                                   Natali Medina Cisneros

Date:   December 27, 2006          David Hall
                                   David Hall
                                   Assistant United States Attorney

SO ORDERED:   Dated: Dec. 28, 2006   _____
                                     Magistrate Judge Bernard Zimmerman
                                     United States District Court