1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4
   RANDY SUE POLLOCK
5  Attorney at Law (CSBN 64493)
   2831 Telegraph Avenue
6  Oakland, CA 94609
   Telephone: (510) 763-9967
7  Facsimile:  (510) 272-0711

8  Attorneys for Defendant
   NATALI MEDINA CISNEROS
9

FILED

FEB 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

STANLEY JAMES PRYOR, JR., et. al.

         Defendants.
_____/

CR. No. 06-0316-MHP

**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT OUT-OF-DISTRICT TRAVEL**

Defendant Natali Medina Cisneros, by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant United States Attorney Barbara Silano hereby stipulate and agree to modify the conditions of his $500,000.00 secured appearance bond as follows:

To permit travel to the Lake Tahoe (the Eastern District of California) from February 18-February 22, 2007, with his girlfriend and her family.

Mr. Cisneros has reported to Pretrial Services as directed without any problems. His drug tests have been negative. Anthony Granado, his supervising Pretrial Service Officer, has no objection to this proposed modification of the bond.

Date:   February 14, 2007

/s/ Randy Sue Pollock
Randy Sue Pollock
Michael Stepanian
Counsel for Defendant
Natali Medina Cisneros

Date:   February 14, 2007

/s/ Barbara Silano
Barbara Silano
Assistant United States Attorney

SO ORDERED:

Date: February 2, 2007

Marilyn Hall Patel
United States District Court Judge

2