| | |
|---|---|
| 1 | MICHAEL STEPANIAN |
| | Attorney at Law (CSBN 037712) |
| 2 | 819 Eddy Street |
| | San Francisco, CA 94109 |
| 3 | Telephone: (415) 771-6174 |
| | Facsimile: (415) 474-3748 |
| 4 | |
| 5 | RANDY SUE POLLOCK |
| | Attorney at Law (CSBN 64493) |
| 6 | 2831 Telegraph Avenue |
| | Oakland, CA 94609 |
| 7 | Telephone: (510) 763-9967 |
| | Facsimile: (510) 272-0711 |

Attorneys for Defendant
NATALI MEDINA CISNEROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 06-0316-MHP |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT OUT-OF-DISTRICT TRAVEL** |
| STANLEY JAMES PRYOR, JR., et. al. | |
| Defendants. | |

Defendant Natali Medina Cisneros, by and through his counsel of record Michael Stepanian and Randy Sue Pollock, and Assistant United States Attorney Barbara Silano hereby stipulate and agree to modify the conditions of his $500,000 secured appearance bond as follows:

To permit travel to Las Vegas from 5/28 through 5/31 May, 2007, with his girlfriend Jennifer Soto.

Mr Cisneros has reported to Pretrial Services as directed without any problems. His drug tests have been negative. Anthony Granado, his supervising Pretrial Services Officer, has no objection to this proposed modification of the bond.

Dated: May 17, 2007     /S/ Randy Sue Pollock

RANDY SUE POLLOCK
Co-Counsel for Defendant
NATALI MEDINA CISNEROS

Dated: May 17, 2007     /s/ Barbara Silano

Barbara Silano
Assistant United States Attorney

SO ORDERED:

Dated: May __18__, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel