MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748

RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711

Attorneys for Defendant
NATALI MEDINA CISNEROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No.  06-0316-MHP |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| STANLEY JAMES PRYOR, JR., et. al. | |
| Defendants. | |

Defendant Natali Medina Cisneros, by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant United States Attorney Barbara Silano hereby stipulate and agree to modify the conditions of his $500,000.00 secured appearance bond as follows:

(1)  To permit travel to Lake Tahoe (the Eastern District of California) from January 2, 2008-January 6, 2008, with his girlfriend and her family; and.

(2) To delete the requirement of a curfew.

Mr. Cisneros has reported to Pretrial Services as directed without any problems. His drug tests have been negative. Betty Kim, his supervising Pretrial Service Officer, has no objection to this proposed modification of the bond.

Date:   December 17, 2007            /s/ Randy Sue Pollock
Randy Sue Pollock
Michael Stepanian
Counsel for Defendant
Natali Medina Cisneros

Date:   December 17, 2007            /s/ Barbara Silano
Barbara Silano
Assistant United States Attorney

SO ORDERED:

Date: December  19  , 2007



Marilyn Hall Patel
United States District Court Judge

2