1 MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
2 819 Eddy Street
San Francisco, CA 94109
3 Telephone: (415) 771-6174
Facsimile: (415) 474-3748
4
RANDY SUE POLLOCK
5 Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
6 Oakland, CA 94609
Telephone: (510) 763-9967
7 Facsimile: (510) 272-0711

8 Attorneys for Defendant
NATALI MEDINA CISNEROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 06-0316-MHP |
| Plaintiff, | |
| vs. | **STIPULATION TO PERMIT OUT-OF-DISTRICT TRAVEL** |
| STANLEY JAMES PRYOR, JR., et. al. | |
| Defendants. | |

Defendant Natali Medina Cisneros, by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant United States Attorney Barbara Silano hereby stipulate and agree to modify the conditions of his $500,000.00 secured appearance bond as follows:

To permit travel to San Diego (the Southern District of California) from April 19, 2008-April 22, 2008 and May 3, 2008 to May 4, 2008.

1 | Mr. Natali will be driving his girlfriend and her mother [who is a surety in this case] to
2 | San Diego.  Pretrial Service Officer Betty Kim is aware of this travel request and she has no
3 | objection.

Date:   April 15, 2008                    /s/ Randy Sue Pollock
                                          Randy Sue Pollock
                                          Michael Stepanian
                                          Counsel for Defendant
                                          Natali Medina Cisneros

Date:   April 15, 2008                    /s/ Barbara Silano
                                          Barbara Silano
                                          Assistant United States Attorney

SO ORDERED:

Date: April   _15_, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel